DEFENDANT:  DUSTIN ULLERICH

YOB: 1972

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?   _X_  Yes    __  No
If No, a new warrant is required

If Yes, MAGISTRATE CASE NUMBER___20-mj-00081-SKC_____

OFFENSE(S):

Count 1: 18 U.S.C. §§ 1201(a)(1) and 2- Kidnapping, Aiding and Abetting

Count 2: 18 U.S.C. §371, Conspiracy to Commit Kidnapping

LOCATION OF OFFENSE:  Denver and Arapahoe County, Colorado

PENALTY:

Count 1: NMT life imprisonment; NMT $250,000 fine, or both; NMT 5 years supervised release; $100 special assessment.

Count 2: NMT 5 years imprisonment; NMT $250,000 fine, or both; NMT 3 years supervised release: $100 special assessment.

AGENT:  Douglas Pearson
             Task Force Officer, ATF

AUTHORIZED BY:  Brian Dunn
                          Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  _X_  five days or less       _____ over five days       _____ other

THE GOVERNMENT

 _X_ will seek detention in this case based on 18 U.S.C. § 3142(f)(1)

The statutory presumption of detention is not applicable to this defendant.