# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Criminal Case No.   20-cr-198-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CLINTON WILLIAMS
2. JARED ORLAND
3. DUSTIN ULLERICH
4. JEROME GUARDIOLA
5. WILLIAM HENDERSON
6. PETER BARON
7. ADAM MULCAHY
8. DEREK BESTE

    Defendants.

___

## ORDER UNRESTRICTING CASE
___

This matter comes before the Court on the government's motion to unrestrict this case.  Having reviewed the motion and being otherwise advised in the premises, the Court finds that good and sufficient cause supports the same.   Accordingly:

IT IS HEREBY ORDERED, that the government's motion is GRANTED.

IT IS FURTHER ORDERED, that this case is no longer restricted.

DATED this _____ day of _____, 2020.

                                                    _____
                                                  Hon. Kristen L. Mix
                                                  UNITED STATES MAGISTRATE JUDGE
                                                  DISTRICT OF COLORADO