IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Criminal Action No. 20-cr-00198-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CLINTON WILLIAMS,
2. JARED ORLAND,
3. DUSTIN JAMES ULLERICK,
4. JEROME GUARDIOLA,
6. PETER BARON
7. ADAM MULCAHY,
8. DEREK BESTE,

    Defendants.

_____

**ORDER TO EXCLUDE TIME FROM SPEEDY TRIAL ACT**
_____

THIS MATTER came before the Court on Defendant Jerome Guardiola's Second Unopposed Motion for Ends of Justice Continuance of Jury Trial and Exclusion of 240 Days from the Speedy Trial Act Computation (Doc. # 270). The Court has reviewed the Motion and the case file, and the reasons set forth in the Motion, specifically

    1.    All parties have agreed to the granting of an ends of justice motion.

    2.    This Court declared this case complex in its Order dated July 27, 2020, (Doc. # 105).

    3.    Discovery in this case is voluminous and ongoing.

4. The Court granted Mr. Guardiola's prior attorney's motion to withdraw on August 18, 2022, and new counsel entered her appearance on August 19, 2022.

5. Counsel needs additional time to review the case.

Upon review, the Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by granting a motion outweigh the best interests of the public and the Defendants in a speedy trial. It is, therefore,

ORDERED that Defendant Jerome Guardiola's Second Unopposed Motion for Ends of Justice Continuance of Jury Trial and Exclusion of 240 Days from the Speedy Trial Act Computation (Doc. # 270) is GRATNED and the Court hereby grants an ends of justice continuance in this case as to **all Defendants** which shall be excluded from the current trial date of February 13, 2023 to the new trial date of September 11, 2023. All time between the current trial date of February 13, 2023 and the new trial date of September 11, 2023 shall be excluded from speedy trial calculations. It is

FURTHER ORDERED that the 10-day jury trial set for February 13, 2023 is VACATED and RESET to September 11, 2023, at 8:30 AM, Courtroom A602, Alfred A. Arraj Courthouse, Denver, CO. It is

FURTHER ORDERED that the VTC Final Trial Preparation Conference set for February 2, 2023 is VACATED and RESET to September 5, 2023, at 4:00 PM. The Hearing will be held via VTC. Counsel shall contact Nicholas Richards, via email at Nicholas_Richards@cod.uscourts.gov, for instructions on how to proceed via VTC. It is

FURTHER ORDERED that the Motions Hearing set for January 19, 2023, is VACATED and RESET to a July 10, 2023, at 9:00 AM.  The Court has set aside one-half day for this hearing.  It is

FURTHER ORDERED that the Amended Scheduling Order, agreed to by the parties, shall be entered in this case.

DATED: September 30, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge