UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Criminal Action No. 20-cr-00198-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CLINTON WILLIAMS,
2. JARED ORLAND,
3. DUSTIN ULLERICH,
4. JEROME GUARDIOLA,
6. PETER BARON,
7. ADAM MULCAHY,
8. DEREK BESTE,

    Defendants.

## AMENDED SCHEDULING ORDER

Pursuant to the agreement of the parties, the Scheduling Order of May 24, 2022 (Doc. #228) is AMENDED as follows:

1. Motions challenging the Indictment:
   a. 4-3-2023    Motion filing deadline
   b. 4-19-2023   Response deadline

No hearing will be held on discovery motions or motions challenging the Indictment unless ordered by the Court.

2. Wiretap and Franks Discovery Motions:
   a. 5-3-2023    Motion filing deadline
   b. 5-17-2023   Response Deadline

1

3. Fed. R. Evid. 609 Disclosures (re criminal convictions):
   a. 4-3-2023       Government's disclosure deadline

4. Motions to Suppress Evidence and Statements:
   a. 5-31-2023    Motion filing deadline
   b. 6-14-2023    Response deadline

A full-day motion to suppress hearing is set for **July 10, 2023, at 9:00 AM**

5. *James* Logs [Fed. R. Evid. 801(d)(2)(e) statements]:
   a. 4-3-2023      Government's submission deadline
   b. 5-3-2023      Defendants' motions deadline relating to co-conspirator statements
   c. 5-17-2023     Government's response deadline

A half-day *James* Hearing is set for **July 10, 2023, at 9:00 AM**, or immediately following the suppression hearing.

6. Expert Disclosures:

   Government's Expert Disclosures
   a. 4-3-2023     Government's disclosure deadline
   b. 4-17-2023    Defendants' FRE 702 Motion filing deadline [*See* CMA Criminal Practice Standard 12(h)]
   c. 5-3-2023     Government's Response deadline

   Defendant's Expert Disclosures
   a. 4-17-2023    Defendants' disclosure deadline
   b. 5-4-2023     Government's FRE 702 Motion filing deadline [*See* CMA Criminal Practice Standard 12(h)]
   c. 5-18-2023    Defendants' Response deadline

7. Motions for Severance:
   a. 5-31-2023     Motions filing deadline
   b. 6-7-2023    Response deadline

8. *Jencks* Disclosures and FRE 404(b) Notice
9. a.   21 days before trial Government's disclosure deadline, with rolling *Jencks* disclosure obligation based on Government's trial preparation
10. b.   90 days before trial Government Notice re Fed. R. Evid. 404(b) per Discovery Conference Memorandum
11. c.   60 days before trial Defendants' Motion deadline objecting to Jencks and 404(b) disclosures

2

12. d.  45 days before trial Government's Response deadline to Jencks objections and 404(b) motions

A Final Trial Preparation Conference is set for **September 5, 2023, at 4:00 PM**.  This Hearing will be held via VTC.  Counsel are directed to contact Nicholas Richards, via email at Nicholas_Richards@cod.uscourts.gov, before the Hearing for instructions on how to proceed with the VTC/Telephone.

A ten-day jury trial is set for **September 11, 2023, at 8:30 AM,** Courtroom A602, Alfred A. Arraj Courthouse, Denver, CO.

DATED: September 30, 2022

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge